UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ANTHONY CRUZ, | ) ED CV 07-01192-GW (SH) |
| Petitioner, | ) ORDER ADOPTING<br>) REPORT AND RECOMMENDATION<br>) OF UNITED STATES<br>) MAGISTRATE JUDGE |
| v. | ) |
| KEN CLARK, WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that respondent's Motion is dismissed and the Petition filed herein is dismissed with prejudice as time-barred.

///

1

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

2  the Magistrate Judge's  Report and Recommendation and the Judgment herein by

3  the United States mail on petitioner and counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5  DATED: _2/12/09_____

6

7

8                                    _____
                                     GEORGE H. WU
9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28