UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ANTHONY CRUZ, | ) ED CV 07-01192-GW (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| KEN CLARK, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 2/12/09

GEORGE WU
UNITED STATES DISTRICT JUDGE

1